IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02457-KLM

ABC MEDICAL HOLDINGS, INC. and
ABC HOME MEDICAL SUPPLY, INC.

    Plaintiffs,

v.

HOME MEDICAL SUPPLIES, INC. and
RICK MODDERMAN

    Defendants.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

Respectfully submitted January 26, 2016.

| | |
|---|---|
| *s/ Martine T. Wells*<br>Lisa Hogan<br>Martine T. Wells<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>410 Seventeenth Street, Suite 2200<br>Denver, Colorado 80202-4432<br>Telephone: 303.223.1100<br>E-mail: lhogan@bhfs.com;<br>mwells@bhfs.com<br><br>Precious M. Gittens<br>Kelly A. Carroll<br>HOOPER, LUNDY & BOOKMAN, P.C.<br>401 9th Street, NW, Suite 550<br>Washington, DC 20004-2141<br>Telephone: 202-580-7700<br>E-mail: pmgittens@health-law.com;<br>kcarroll@health-law.com<br><br>*Attorneys for Plaintiffs ABC Medical Holding, Inc. and ABC Home Medical Supply, Inc.* | *s/ David O. Hansen*<br>David O. Hansen<br>KUMPF, CHARSLEY & HANSEN, LLC<br>9635 Maroon Circle, Suite 230<br>Englewood, CO 80112<br>Telephone: (720) 473-8000<br>E-mail: dhansen@kch-law.com<br><br>Scott T. Kannady<br>BROWN & KANNADY, LLC<br>2000 S. Colorado Boulevard, Suite 2-440<br>Denver, CO 80222<br>Telephone: (303) 757-3800<br>E-mail: scott@brownlegal.com<br><br>Michael C. Whitticar<br>NOVA IP LAW, PLLC<br>7001 Heritage Village Plaza, Suite 205<br>Gainesville, VA 20155<br>Telephone: (571) 386-2980<br>E-mail: mikew@novaiplaw.com<br><br>*Attorneys for Defendant Home Medical Supplies, Inc.* |
| | *s/ Rick Modderman*<br>Rick Modderman<br>10165 Highland Meadow Loop, #106<br>Parker, CO 80134<br>Telephone: (720) 442-1802<br>E-mail: rickmodderman@comcast.net<br><br>*Pro Se Defendant* |

**SO ORDERED**

Dated: January 26, 2016

Hon. Kristen L. Mix
United States Magistrate Judge